The Honorable BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN BAKER, | ) |
| | ) NO. 2:20-cv-00682-BJR |
| Plaintiff, | ) |
| | ) **PLAINTIFF'S NOTICE OF DISMISSAL** |
| v. | ) **WITHOUT COURT ORDER [FRCP 41** |
| | ) **(a)(1)(A)(i)]** |
| SHIN FAMILY LLC, | ) |
| | ) |
| Defendant. | ) |

Plaintiff BRIAN BAKER, through his undersigned counsel, states that a settlement agreement has been reached between the Parties, and Defendant has not served an answer or a motion for summary judgment. As a result, Plaintiff gives notice that the above-entitled action is voluntarily dismissed, with prejudice, in accordance with Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure, each party to bear his, her, or its own costs.

DATED:  June 30, 2020          WASHINGTON CIVIL & DISABILITY ADVOCATE

NOTICE OF DISMISSAL WITHOUT COURT ORDER
NO. 2:20-cv-00682-BJR

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 ROOSEVELT WAY, NW
SUITE B
SEATTLE, WA 98105
206.428-3558

1

By *s/Jill Sulzberg*
   Conrad Reynoldson, WSBA No. 48187
   Jill Sulzberg, WSBA No. 55946
   4115 Roosevelt Way NE, Suite B
   Seattle, WA 98105
   Telephone: 206.971.1124
   Conrad@wacda.com
   Jill@wacda.com
Attorneys for Plaintiff Brian Baker

NOTICE OF DISMISSAL WITHOUT COURT ORDER
NO. 2:20-cv-00682-BJR

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 ROOSEVELT WAY, NW
SUITE B
SEATTLE, WA 98105
206.428-3558

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington and the United States that on June 30, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jason J. Hoeft,
Emery Reddy
600 Stewart Street
Suite 1100
Seattle, WA 98101
Telephone: 206.442.9106
Jason@emeryreddy.com
*Attorney for Defendant*

DATED this 30th day of June, 2020.

        *s/ Jill Sulzberg*
        Jill Sulzberg. WSBA #55946
        Washington Civil & Disability Advocate

NOTICE OF DISMISSAL WITHOUT COURT ORDER
NO. 2:20-cv-00682-BJR

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 ROOSEVELT WAY, NW
SUITE B
SEATTLE, WA 98105
206.428-3558

3